IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:14-cr-06 |
| | ) | |
| JAMIE DARNELL PACELY | ) | |

## **ORDER**

AND NOW, this  28th  day of May, 2021, upon consideration of the Government's Motion to Lift Stay of Proceedings Related to Defendant's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED that the Government's motion is GRANTED, and that the stay issued by Order dated March 9, 2018, at Document 99 is lifted.

_____
DONETTA W. AMBROSE
U.S. District Court Judge